UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONALD WILSON,

        Plaintiff(s),

  v.

GMRI, INC.,

        Defendant(s).
_____/

NO. 2:06- cv-1392 FCD/EFB

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representations of plaintiff's counsel, in the above action, the court has determined that this case has settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before August 27, 2007. All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    **IT IS SO ORDERED**.

Dated: July 25, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE