LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Fax:  (530) 894-8244

Attorneys for Plaintiff


MARTIN ORLICK, SBN 83908
JEFFER MANGLES BUTLER & MARMARO, LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone: (415) 398-8080
Fax: (415) 398-5584

Attorney for Defendants


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILSON, | Case No. CIV. S-06-01392-FCD-EFB |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| GMRI, INC. dba THE OLIVE GARDEN ITALIAN RESTAURANT #1418; NDS DEVELOPMENT CORPORATION, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, RONALD WILSON, and defendants, GMRI, INC. dba THE OLIVE GARDEN ITALIAN RESTAURANT #1418 and NDS DEVELOPMENT CORPORATION, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Stipulation of Dismissal and Order Thereon        *Wilson v. The Olive Garden, et al.*
                                                  CIV. S-06-01392-FCD-EFB

Dated: August 28, 2007                    DISABLED ADVOCACY GROUP, APLC


    /s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff


Dated: August 28, 2007                    JEFFER MANGLES BUTLER & MARMARO


    /s/ Martin Orlick
MARTIN ORLICK
Attorney for Defendants


## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-01392-FCD-EFB, is hereby dismissed with prejudice.

Dated: August 28, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE